# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

| | |
|---|---|
| United States of America<br>v.<br>CHRISTIAN BEGAY<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-MJ-2428<br>)<br>)<br>)<br>) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 5 2016

MATTHEW J. DYKMAN
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/21/2016__ in the county of __SAN JUAN__ in the _____ District of __NEW MEXICO__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 113(a)(3);(a)(6) | Assault with a dangerous weapon resulting in serious bodily injury; |
| Title 18, U.S.C. 924(c)(1)(A) | Discharge of a firearm during and in relation to a crime of violence; |
| Title 18, U.S.C. 1153 | Crime committed within Indian Country |

This criminal complaint is based on these facts:
See Attachment A

☐ Continued on the attached sheet.

_____
*Complainant's signature*

JEFFREY T WRIGHT, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 25, 2016

City and state: Farmington, New Mexico

_____
*Judge's signature*

B. Paul Briones, US Magistrate Judge
*Printed name and title*

# Attachment A

I, Jeffrey T. Wright, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since August 2008. By virtue of my employment with the FBI, I am authorized to conduct investigations into violations of federal laws, to include crimes committed on federally recognized tribal lands of the United States. I am currently assigned to the Albuquerque Division of the FBI, Farmington Resident Agency, and my primary responsibility is investigating crimes occurring in Indian Country within the District of New Mexico, including violent crimes such as murder, aggravated assault, and sexual assault.

I am familiar with the facts and circumstances of the investigation from discussions with other investigating agents and task force officers with the FBI, state, local and tribal agents, (referred to herein as "Investigative Agents") and from their review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer or witness who had either direct or hearsay knowledge of that statement and to whom I or others have spoken with or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

## FACTS

On the morning of May 22, 2016, the FBI was notified of a shooting that took

place the previous night in Shiprock, New Mexico, within the exterior boundaries of the Navajo Indian Reservation. Investigative Agents responded to the scene, conducted interviews of the witnesses and victim, and learned the following:

On May 21, 2016, at approximately 10:00pm, a dark blue-colored sport utility vehicle ("SUV") pulled up in front of a residence located at South Non-Profit Housing #1036 in Shiprock. The driver of the vehicle, identified as CHRISTIAN BEGAY (referred to herein as "BEGAY"), approached the residence and initiated a conversation with Jane Doe (referred to herein as "Doe"), and demanded to speak to NG. NG was inside of a storage unit at #1036 and overheard BEGAY speaking with Doe just outside the residence. BEGAY, while remaining in the driver's seat of the blue-colored SUV, told Doe that NG owed him $30 and subsequently pointed a black-colored handgun at Doe, demanding to speak to NG. Doe said that she feared for her life and recognized BEGAY to be under the influence of methamphetamine, based on her previous encounters with him. Doe then went inside the residence at #1036 and told Jane Doe II ( referred to herein as "Doe II"), about BEGAY's demands to speak to NG.

Doe II then exited the residence and spoke with BEGAY regarding the alleged debt owed. Doe II offered to pay BEGAY the money owed; however, BEGAY responded abruptly and told Doe II that he did not want Doe II's money, but wanted NG to pay him the money.

NG then exited the storage unit and confronted BEGAY regarding the alleged debt, resulting in a verbal argument. BEGAY remained inside of the blue-colored SUV during the argument and after a short period of time, BEGAY brandished a black-in-color handgun from the vehicle and fired approximately two rounds, hitting NG in the torso.

BEGAY then fled the scene in the blue-colored SUV at a high rate of speed.

NG was taken to Northern Navajo Medical Center and subsequently transported to the San Juan Regional Medical Center ("SJRMC") for treatment due to the severity of the injury. Medical staff at the SJRMC confirmed that NG suffered a gunshot wound causing severe damage to his pelvic bone and as a result, remains at the SJRMC for treatment.

A search of the crime scene was conducted by Investigative Agents, which yielded two spent 10 millimeter shell casings located on the ground outside of #1036 and one bullet lodged in the exterior wall of the same residence. Nearby neighbors recalled hearing two loud noises in the evening of May 21, 2016, which were described as gunshots. Neighbors also recalled hearing and seeing a male individual lying on the ground outside of #1036 screaming that he had just been shot and observed a dark SUV drive away from #1036 at a high rate of speed a short time after hearing the gunshots.

Both BEGAY and NG are enrolled members of the Navajo tribe. The location of the incident is located within the exterior boundaries of the Navajo Indian reservation.

## CONCLUSION

Based on the above, your affiant believes there is probable cause that CRISTIAN BEGAY, a Native American, committed the crime of assault with a dangerous weapon and assault resulting in serious bodily injury, in violation of Title 18 United States Code Sections 113(a)(3) and (a)(6), by shooting NG, causing serious bodily injury, and used a firearm during and in relation to a crime of violence, in violation of Title 18 United States Code 924(c)(1)(A), and that this crime occurred within the exterior boundaries of the Navajo Indian reservation, in the District of New Mexico, in violation of Title 18 USC

3

Section 1153. It is requested that a warrant be issued for the arrest of CHRISTIAN BEGAY based on the facts provided in this affidavit. Supervisory Assistant United States Attorney Kyle Nayback, United States Attorney's Office, District of New Mexico, approved of this affidavit and of the prosecution of BEGAY based on the facts contained herein.

Jeffrey P. Wright
Special Agent, FBI

SWORN TO AND SUBSCRIBED before me this 25 day of May 25, 2016

B. Paul Briones
United States Magistrate Judge