AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

United States of America
v.

CHRISTIAN BEGAY
*Defendant*

)
)
) Case No. 16-MJ-2428
)
)
)
)

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 MAY 27 AM 9:24

CLERK-ALBUQUERQUE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Christian Begay,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Probable cause exits to charge Christian Begay, who is an enrolled member of the Navajo Nation, with a violation of Title 18 U.S.C. §113(a)(3) and (6), 924(c) and 1153, Assault with a Dangerous Weapon Resulting in Serious Bodily Injury and Discharging a Firearm during a Violent Crime, committed in Indian Country for shooting NG causing severe bodily injury. This occurred within the exterior boundaries of the Navajo Indian Reservation.

Date: 05/25/2016

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

B. Paul Briones, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/25/2016, and the person was arrested on *(date)* 5/26/16 at *(city and state)* Rio Rancho, NM. |
| Date: 5/27/2016 |
| *Arresting officer's signature* |
| Sarah Rich, Special Agent |
| *Printed name and title* |