IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                               CR 2016-2725 MCA

CHRISTIAN BEGAY,

        Defendant.

## NOTICE OF ALIBI

**PLEASE TAKE NOTICE** that the Defendant CHRISTIAN BEGAY, by and through his attorney DANIEL J. TALLON, will offer at trial testimony by the alibi witness identified below. Pursuant to FRCP Rule 12.1 (a) (2) (A) (B), Defendant states:

(A) At 2259 hours on Saturday, May 21, 2016, the dispatch time for the reported shooting of Norman George, Christian Begay was in the company of Kristina Carrillo and at his mother's trailer, which is located approximately 1.2 miles east and south of the location of the charged offense, or, at 2259 hours on Saturday, May 21, 2016, was in the company of Kristina Carrillo in her Dodge Nitro SUV, driving southbound from Shiprock on Route 491 in the direction of Little Water, New Mexico.

(B) Kristina Carrillo. Physical address: c/o Melvin Lee, Third Lane, Shiprock, NM. Mailing address: PO Box 2037, Shiprock, NM 87420. Telephone: (505) 354.9084.

        Respectfully submitted,

        *Electronically Filed on December 11, 2016*
        _____
        DANIEL J. TALLON
        Attorney for Christian Begay
        6 Placitas West Road
        Placitas, NM 87043
        505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and thereby also delivered by electronic means to all counsel of record on the CM/ECF system on the 11th day of December 2016.

*Daniel J. Tallon*
_____
DANIEL J. TALLON