IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                      CR 2016-2725 MCA

CHRISTIAN BEGAY,

      Defendant.

**NOTICE OF NON-OPPOSITION
TO UNITED STATES' MOTION *IN LIMINE* TO REQUEST APPOINTMENT OF COUNSEL FOR THE ALIBI WITNESS
AND
REQUEST THE ALIBI WITNESS BE ADVISED OF HER *MIRANDA* RIGHTS OUTSIDE THE PRESENCE OF THE JURY**

**PLEASE TAKE NOTICE** that the Defendant CHRISTIAN BEGAY, by and through his attorney DANIEL J. TALLON, does not oppose the United States' motion *in limine* to the extent that it requests appointment of counsel for alibi witness Kristina Carrillo. However, once counsel is appointed, decisions as to whether <u>Miranda</u> warnings are necessary and/or should be administered should be made in the discretion of appointed counsel.

                                    Respectfully submitted,

                                    *Electronically Filed on December 19, 2016*
                                    _____
                                    DANIEL J. TALLON
                                    Attorney for Christian Begay
                                    6 Placitas West Road
                                    Placitas, NM 87043
                                    505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and also delivered by electronic means to counsel of record on the CM/ECF system on the 19th day of December 2016.

*Daniel J. Tallon*

_____
DANIEL J. TALLON

1