IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                CR 2016-2725 MCA

CHRISTIAN BEGAY,

        Defendant.

## NOTICE OF NON-OPPOSITION TO UNITED STATES' MOTION *IN LIMINE* TO PROHIBIT DISCUSSION OF SENTENCING OR PUNISHMENT AT TRIAL

**PLEASE TAKE NOTICE** that the Defendant CHRISTIAN BEGAY, by and through his attorney DANIEL J. TALLON, does not oppose the United States' motion *in limine* to prohibit discussion of sentencing or punishment at trial.

        Respectfully submitted,

        *Electronically Filed on December 19, 2016*
        _____
        DANIEL J. TALLON
        Attorney for Christian Begay
        6 Placitas West Road
        Placitas, NM 87043
        505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and thereby also delivered by electronic means to all counsel of record on the CM/ECF system on the 19th day of December 2016.

*Daniel J. Tallon*
_____
DANIEL J. TALLON