IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           Case No. 16-CR-2725-MCA

CHRISTIAN BEGAY,

      Defendant.

## UNOPPOSED MOTION TO EXTEND DEADLINES
## TO FILE CERTAIN PRE-TRIAL PLEADINGS

The United States of America, through its undersigned counsel, hereby requests this Court enter an Order extending deadlines to file Exhibit Lists, Exhibit Binders, Witness Lists, and Daubert Motions to Tuesday, December 27, 2016. In support of this motion, counsel states as follows:

1. On June 15, 2016, a federal Grand Jury returned a three-count indictment against the defendant, charging a violation of 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon, 18 U.S.C. §§.113(a)(6): Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 924(c): Using, Carrying, and Discharging a Firearm During and in Relation to a Crime of Violence, and Possessing and Discharging a Firearm in Furtherance of Such Crime. (Doc. 12).

2. The United States seeks an extension of certain pre-trial motions filing deadlines to December 27, 2016.

3. Margaret E. Thoma, M.D., a contract physician at the Northern Navajo Medical Center in Shiprock, NM, is available for trial testimony on January 18 or 19, 2017. The United States has not received her Curricula Vitae to provide to the defense.

4. Melania Yeats, M.D., a contract physician at the San Juan Regional Medical Center in

Farmington, NM, has not provided the undersigned counsel with dates she is available for trial testimony. However, either Dr. Yeats or another physician from San Juan Regional Medical Center will be available January 18 or 19 for testimony. No Curricula Vitae has been provided to the United States.

     5.    Defense counsel does not oppose this Motion and joins in the extension of these deadlines.

    **WHEREFORE,** based upon the foregoing reasons, the United States requests that certain pretrial motions deadlines be extended to December 27, 2016.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*<u>Electronically filed 12/21/16</u>*
ELAINE Y. RAMÍREZ
RAQUEL RUIZ VELEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1437

I HEREBY CERTIFY that on the 21st day of December, 2016, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.
    /s/
Elaine Y. Ramírez
Assistant United States Attorneys