IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR No. 16-2725 MCA |
| | ) |
| CHRISTIAN BEGAY, | ) |
| | ) |
| Defendant. | ) |

## **UNITED STATES' EXHIBIT LIST**

The United States of America, through its undersigned counsel, respectfully submits its Exhibit List as follows:

| | |
|---|---|
| 1A-F. | Photographs of the residence located at #1036 South Nonprofit Housing, Shiprock, New Mexico. |
| 2A-B. | Two spent 10 mm shell casings recovered from the residence located at #1036 South Nonprofit Housing, Shiprock, New Mexico. |
| 3A-F. | Photo array of six male photographs shown to the victim on June 7, 2016. |
| 3G-L. | Photo array of six female photographs shown to the victim on June 7, 2016. |
| 3M-N. | Two photographs of the blue Dodge Nitro shown to the victim on June 7, 2016. |
| 4A-F. | Photo array of six male photographs shown to Rachelle Charley on June 7, 2016. |
| 4 G-L. | Photo array of six female photographs shown to Rachelle Charley on June 7, 2016. |
| 4M-N. | Two photographs of the blue Dodge Nitro shown to Rachelle Charley on June 7, 2016. |
| 5A-F. | Photo array of six male photographs shown to June George on June 7, 2016. |
| 5G-H. | Two photographs of the blue Dodge Nitro shown to June George on June 7, 2016. |
| 6. | Consent to Search form signed by Kristina Carrillo. |
| 7A-E. | Photographs of blue Dodge Nitro. |
| 8. | Land Status |
| 9. | Certificate of Navajo Indian Blood for Christian Begay. |

10. Certificate of Navajo Indian Blood for the victim.

11. Photographs of the victim's injuries

12. CAD report.

13. Telephone calls from the Sandoval County Detention Center.[1]

14. Enlarged image of the torso located within the medical records provided at bates label 136.

15. Medical Records, bates label nos. 85 and 96.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed on 12/27/16*
ELAINE Y. RAMÍREZ
RAQUEL RUIZ VELEZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 27th day of December, 2016, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

*Electronically filed on 12/27/16*
Elaine Y. Ramírez
Raquel Ruiz Velez
Assistant United States Attorney

---

1 The United States is in the process of obtaining the jail calls of the defendant. It is the understanding of the United States that there are over 500 calls for review. Upon receipt and review, the United States requests leave to amend this Exhibit List to include an accurate number of calls it intends to use at trial. Upon receipt of the 500 plus calls, defense counsel will be provided a full copy of the calls received.