IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                              Cause No. 16-2725 MCA

vs.

CHRISTIAN BEGAY,

    Defendant.

## **UNITED STATES' WITNESS LIST**

The United States of America respectfully submits its trial witness list as follows:

1. FBI Special Agent Lance Roundy

2. Navajo Nation Criminal Investigator Marc Scott

3. Navajo Nation Officer Eldon Foster

4. Norman George, Jr.

5. Rachelle Charley

6. June George

7. Records Custodian, San Juan Regional Medical Center

8. Records Custodian, Navajo Nation Medical Center

9. Melvin Lee

10. David Carrillo

11. EMT Joshua Ellison

12. EMT Phylicia Clah

13. Boyd Smith

14. Navajo Nation Sgt. Leonard Redhorse III

15. Navajo Nation Officer Gary Franklin

16. Dr. Melania Yeats

17. Dr. Margaret Thoma

18. Certificate of Navajo Indian Blood Records Custodian

19. Land Status Records Custodian

20. Vera Shirley

21. Kristina Carrillo

22. Navajo Nation Dispatcher Gwen Coleman

23. Records Custodian, Sandoval County Detention Center

The United States reserves its right to call additional witnesses at trial, especially in rebuttal.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*Electronically filed 12 /27/16*
ELAINE Y. RAMÍREZ
RAQUEL RUIZ VELEZ
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

I HEREBY CERTIFY that on the 27th day of December, 2016, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

*Electronically filed on 12/27/16*
Elaine Y. Ramírez
Raquel Ruiz Velez
Assistant United States Attorneys