IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CR 2016-2725 MCA

CHRISTIAN BEGAY,

    Defendant.

## AMENDED
## DEFENDANT'S EXHIBIT LIST

**COMES NOW** DANIEL J. TALLON, counsel for the Defendant CHRISTIAN BEGAY, and submits this list of exhibits which Defendant may introduce in his case in chief at the trial of the above captioned cause. Defendant reserves his right to supplement this list and to utilize different or additional exhibits, before or during the conduct of the trial, with the permission of the Court.

A. Summary of May 21, 2016 Navajo Tribal Police dispatch information provided in discovery. No Bates number.

B. Photograph of front door of #1036 South Nonprofit Housing, Shiprock, New Mexico. Distant view.

C. Photograph of front door of #1036 South Nonprofit Housing, Shiprock, New Mexico. View of shed.

D. Photograph of front door of #1036 South Nonprofit Housing, Shiprock, New Mexico. View of parking area.

E. Photograph of front door of #1036 South Nonprofit Housing, Shiprock, New Mexico. Close-up view.

Any and all of the exhibits set forth on the United States exhibit list(s) or any materials provided by the United States in discovery.

> Respectfully submitted,
>
> *Daniel J. Tallon*
>
> ***Electronically Filed on December 27, 2016***
>
> _____
> DANIEL J. TALLON
> Attorney for Christian Begay
> 6 Placitas West Road
> Placitas, NM 87043
> 505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and thereby also delivered by electronic means to all counsel of record on the CM/ECF system on the 27th day of December 2016.

*Daniel J. Tallon*
_____
DANIEL J. TALLON