IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                CR 2016-2725 MCA

CHRISTIAN BEGAY,

        Defendant.

## DEFENDANT'S WITNESS LIST

**COMES NOW** DANIEL J. TALLON, counsel for the Defendant CHRISTIAN BEGAY, and submits this list of possible trial witnesses in the above captioned cause. Defendant reserves his right to supplement this list and to utilize different or additional witnesses, before or during the conduct of the trial, with the permission of the Court.

**Defendants' Non-Involvement Witness**

1. Kristina Carrillo

**Witnesses Also Listed by the United States**

2. Norman George, Jr.
3. Rachelle Charley
4. June George
5. Records Custodian, San Juan Regional Medical Center
6. Records Custodian, Navajo Nation Medical Center
7. Melvin Lee
8. David Carrillo
9. EMT Joshua Ellison
10. EMT Phylicia Clah
11. Boyd Smith

12. Dr. Melania Yeats

13. Dr. Margaret Thoma

14. Vera Shirley

15. Navajo Nation Dispatcher Gwen Coleman

16. Records Custodian, Sandoval County Detention Center

The Defendant Christian Begay reserves its right to call additional witnesses at trial, especially in rebuttal.

Any other witness listed by or called by the United States at trial.

Respectfully submitted,

*Daniel J. Tallon*

***Electronically Filed on December 27, 2016***

_____
DANIEL J. TALLON
Attorney for Christian Begay
6 Placitas West Road
Placitas, NM 87043
505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and thereby also delivered by electronic means to all counsel of record on the CM/ECF system on the 27th day of December 2016.

*Daniel J. Tallon*
_____
DANIEL J. TALLON