# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable M. Christina Armijo

**CASE NO.** CR MCA 16cr2725     **DATE:** 01/03/17

**TITLE:** *United States v. Begay*

**COURTROOM CLERK:** L. Van Meter

**COURT IN SESSION:** 9:05 a.m.   **COURT IN RECESS:** 9:40 a.m.   **TOTAL TIME:** 35 minutes

**TYPE OF PROCEEDING:** Telephonic status conference

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| Elaine Ramirez | Daniel J. Tallon |

**PROCEEDINGS:**

Court asks parties to address Doc. 51, Motion to Confirm Competency. Parties discuss the basis for the Motion.

Court asks parties to address whether a hearing is necessary on Doc. 31, Government's Motion in Limine Regarding 404(b) Evidence. Hearing will be set for 01/09/17 at 10:30 a.m. Government identifies witnesses for hearing.