# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

January 9, 2017

TO: U. S. Marshal

RE: USA vs. Christian Begay

CR: 16-2725 MCA

The above-named defendant has an appointment for an examination on Friday, January 13, 2017, at 1:00 pm at Sandoval County Detention Facility, with:

Dr. Susan Cave

Phone: 505 988 7616

If the defendant is unable to make the above scheduled appointment, <u>contact the doctor's and the Clerk's Office (348-2000) immediately</u>.

The Court appreciates your cooperation in this matter.

Yours truly,
MATTHEW J. DYKMAN, Clerk

By: _____
Deputy Clerk

cc: Counsel/Doctor
　　USMS