# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                            CR 2016-2725 MCA

CHRISTIAN BEGAY,

        Defendant.

## NOTICE OF UNAVAILABILITY OF DEFENSE COUNSEL

**COMES NOW** DANIEL J. TALLON, counsel for the Defendant CHRISTIAN BEGAY, and states that he will be unavailable to be scheduled for hearings in this matter on these dates:

- Thursday, March 16; Friday, March 17 and Monday, March 21, 2017

- Monday, May 1 to Friday, May 12, 2017

- Monday, July 10 to Monday, July 24, 2017

                                                Respectfully submitted,

                                                ***Electronically Filed on February 19, 2017***

                                                _____

                                                DANIEL J. TALLON
                                                Attorney for Christian Begay
                                                6 Placitas West Road
                                                Placitas, NM 87043
                                                505.867.1515; fax 867.9495

I hereby certify that a copy of the foregoing was electronically filed and thereby also delivered by electronic means to all counsel of record on the CM/ECF system on the 19th day of February 2017.

*Daniel J. Tallon*

_____
DANIEL J. TALLON

1