IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 16-2725 MCA |
| ) | |
| **CHRISTIAN BEGAY**, ) | |
| ) | |
| Defendant. ) | |

## ORDER DECLARING DEFENDANT COMPETENT FOR TRIAL

**THIS MATTER** having come before the Court for hearing on the *sua sponte* motion of the Court for a mini-mental health evaluation of the defendant, pursuant to 18 U.S.C. § 4241(a) and (b), the Court having previously ordered that the defendant undergo an evaluation, which was conducted by Dr. Susan Cave on January 13, 2017, the Court having received a copy of the evaluation by Dr. Cave on or about February 8, 2017, the Court having considered the positions of the parties, taken evidence, and the Court otherwise being fully informed, finds by a preponderance of the evidence that the defendant is presently competent to stand trial, is able to understand the nature and consequences of the proceedings against him, and additionally that the Defendant is able to assist in his own defense.

**IT IS THEREFORE ORDERED** that this matter will be set for jury selection/trial under separate notice from the Court.

_____
HONORABLE M. CHRISTINA ARMIJO
Chief United States District Judge