# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Christian Begay |
| Docket Number: | 1084 1:16CR02725 -001JAP |
| Assigned Judge: | Honorable James A Parker, Senior United States District Judge |
| Date of Original Sentence: | 03/12/2018 |
| Original Offense: | 18 U.S.C. 1153: Assault with the Intent to Commit Murder |
| Original Sentence: | BOP: 78 months; TSR: 3 years |
| Date Supervision Commenced: | 06/03/2022 |
| Date Supervision Expires: | 06/02/2025 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Kelly Coppin, alleges the defendant has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | You must not unlawfully possess a controlled substance.<br><br>On July 23, 2022, the defendant was found by staff with Diersen Residential Reentry Center (RRC) with suboxone.  The defendant does not have a prescription for suboxone.  He was unsuccessfully terminated from Diersen RRC on July 25, 2022. |
| SPC | You must reside in a residential reentry center for a term of (up to) 6 months.  You must follow the rules and regulations of the center.<br><br>On July 25, 2022, the defendant was terminated from Diersen RRC as he was found in possession of suboxone on July 23, 2022.  The defendant was terminated from the program.  This is evidenced by the termination report from Diersen RRC. |

The maximum statutory penalty: 2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  3 to 9 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 07/25/2022.

| Submitted: | Approved: | ☒ Phone Approval |

*Kelly Coppin*
_____  _____
Kelly Coppin                   Elaine Y. Ramirez
U.S. Probation Officer         (505) 346-7274
Cell #: 505-235-4677           Assistant U.S. Attorney

Date: 07/25/2022