AO 442 (Rev. 08/14) Arrest Warrant

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Christian Begay<br>*Defendant* | Case No. 1084 1:16CR02725-001WJ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Christian Begay

Also Known As: Begay, Christen Pier
Also Known As: Begay, Christian P
Also Known As: Begay, Christen P

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: has been terminated from Diersen Charities Residential Reentry Center (RRC).

Date: July 28, 2022

_____
*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 7/28/2022, and the person was arrested on (date) 7/28/2022
at (city and state) Albuquerque, NM.

Date: 7/28/2022

_____
*Arresting officer's signature*

C Roberson, DUSM
*Printed name and title*