UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                       No. 1:16-cr-02725-WJ

**CHRISTIAN BEGAY,**

    Defendant.

## UNOPPOSED MOTION TO REVIEW DETENTION ORDER

COMES NOW the Defendant, by and through counsel, and with no opposition from the Government, or from Probation and moves the Court to reconsider the Detention Order and allow Mr. Begay's release. As grounds therefore, Mr. Begay states:

1. Mr. Begay was arrested on a Petition for Revocation of Supervised Release charging him with a violation of his supervised release on July 28, 2022 as charged in the Petition filed on July 25, 2022 [Doc 106]

2. The Initial Appearance was conducted on July 29, 2022 [Doc 114]. Mr. Begay was temporarily detained. [Doc 115].

3. Mr. Begay was set for a Preliminary Hearing and Detention Hearing on August 2, 2022. [Doc 119]

4. Mr. Begay's Waiver of Preliminary Hearing and Detention Hearing were accepted by the Court. [Doc 121 and 122 ].

5. The Court ordered Mr. Begay detained. [Doc 120].

6. Mr. Begay had a Final Revocation Hearing on August 26, 2022 [Doc 129]

7. The Parties contemplated Mr. Begay being released to enter an in-patient treatment center. There was a wait for a bed at Darrin's Place. A bed will be available on September 30, 2022. (Exhibit 1 – Acceptance letter from Darrin's Place).

8. Ms. Coppin verified that there is a bed waiting for Mr. Begay and that intake was scheduled for September 30, 2022.

9. Mr. Begay requests that he be ordered released from CCCC by 10:00 am on September 30, 2022 to the custody of his mother, Shirley Begay. Ms. Begay will take him to Darrin's Place at 807 Calle Chamisal St, Espanola NM 87532 (505) 376-9103. The Acceptance Letter states that he must be at the facility no later than 2:00 on September 30, 2022.

10. The Parties request that upon Mr. Begay's successful completion of Darrin's Place, he be returned to custody unless a bed is available for him at an approved Residential Reentry Center.

11. The Parties request Probation supervision and the standard conditions of release being ordered.

12. AUSA Elaine Ramirez does not oppose the requests outlined above.

13. USPO Kelly Coppin does not oppose the requests outlined above.

**WHEREFORE**, the Defendant respectfully requests that this Court enter an Order Setting Conditions of Release.

Respectfully Submitted,
*/s/ Ashley Reymore-Cloud*
Ashley Reymore-Cloud
Counsel for Defendant

PO Box 1938
Corrales, NM 87048
Phone: (505) 990-9794
Ashley@zenlaw.net

I hereby certify that a true and correct copy of the foregoing pleading was e-mailed to AUSA Ramirez and PTSO Coppin on September 29, 2022..

*/s/ Ashley Reymore-Cloud*
Counsel for Defendant